UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**LITTLE GIANT LADDER SYSTEMS, LLC**, a Utah company,

    Plaintiff,

vs.

**TRICAM INDUSTRIES, INC.**, a Minnesota corporation,

    Defendant.

Case No. 0:20-cv-02497-KMM-ECW

**AMENDED SCHEDULING ORDER**

---

This case is before the Court on the parties' Joint Motion to Amend Scheduling Order (Dkt. 87). Having considered the Joint Motion and for good cause shown, **IT IS ORDERED** that the Pretrial Scheduling Order (Dkt. 36), as amended (Dkt. 66), is further **AMENDED** as follows:

| Event | Amended Deadline |
|---|---|
| Fact discovery cutoff | June 3, 2022 |
| Deadline for non-dispositive motions regarding fact discovery | June 17, 2022 |
| Both parties must identify expert witnesses | The later of June 17, 2022 or 15 days after the Court issues its Claim Construction Order |
| Party with burden of proof must disclose initial expert report | The later of July 1, 2022 or 30 days after the Court issues its Claim Construction Order |
| Opposing Party (without burden of proof) must disclose response expert report | The later of August 1, 2022 or 60 days after the Court issues its Claim Construction Order |

| Event | Amended Deadline |
|---|---|
| Party with burden of proof must disclose rebuttal expert report | The later of August 15, 2022 or 75 days after the Court issues its Claim Construction Order |
| Expert discovery cutoff | The later of September 16, 2022 or 120 days after the Court issues its Claim Construction Order |
| Non-dispositive motions regarding expert discovery | The later of October 3, 2022 or 135 days after the Court issues its Claim Construction Order |
| Deadline to file summary judgment motion | February 3, 2023 |
| Deadline to file summary judgment opposition brief | March 3, 2023 |
| Deadline to file summary judgment reply brief | March 17, 2023 |
| Summary judgment hearing | TBD[1] |
| Trial ready | 60 days after the Court issues its Summary Judgment Order |

Dated: April 6, 2022

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge

---

[1]   The parties must email Judge Menendez's chambers at menendez_chambers@mnd.uscourts.gov to obtain a summary judgment hearing date and time no later than 14 days after the Court issues its Claim Construction Order, and are encouraged to do so earlier as dates for summary judgment hearings typically book 3-4 months in advance.