**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Little Giant Ladder Systems, LLC,

Plaintiff,

v. 20-cv-2497 KMM/ECW

Tricam Industries, Inc.,

Defendant.

**COST JUDGMENT**

The costs of the Defendant, Tricam Industries, Inc., have been taxed and allowed by the Clerk of this Court against the Plaintiff Little Giant Ladder Systems, LLC, as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees for Service | $175.00 | $0 |
| Fees for Transcripts | $18,591.35 | $18,234.48 |
| Fees for Witnesses | $223.74 | $223.74 |
| Fees for Copies | $36.00 | $0 |
| Total | $19,026.09 | $18,458.22 |

Costs, therefore, are taxed against the Plaintiff Little Giant Ladder Systems, LLC in the amount of $18,458.22 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on July 17, 2024.

KATE M. FOGARTY, CLERK